**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

N.W. as Parent and Next Friend of M.M.        **PLAINTIFF/COUNTER-DEFENDANT**

v.        **CASE NO. 4:23-cv-00696-LPR**

VILONIA SCHOOL DISTRICT        **DEFENDANT/COUNTER-PLAINTIFF**

**AGREED MOTION FOR REVISED SCHEDULING ORDER**

Plaintiff, N.W., as Parent and Next Friend of M.M., and Defendant, Vilonia School District, for their Agreed Motion for Revised Scheduling Order, state:

1. Plaintiff's Complaint originally contained Count II, a claim for disability discrimination, along with a demand for a jury trial for Count II. ECF Doc. 1, ¶¶ 79-104.

2. On November 6, 2023, the Court issued a Final Scheduling Order scheduling this matter for a jury trial. ECF Doc. 10.

3. On March 18, 2024, the Court entered an order granting Plaintiff's Motion to Dismiss Disability Discrimination Claim Without Prejudice. ECF Doc. 12.

4. With the dismissal of Plaintiff's disability discrimination claim, no party is entitled to a jury trial on any issue in this case. Accordingly, the parties respectfully request that the Final Scheduling Order setting a jury trial be rescinded and a new scheduling order be issued, as more particularly described below.

5. In this case, Defendant seeks review of an administrative decision pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1415(i)(2), and Plaintiff seeks attorneys' fees and costs as a prevailing party in proceedings under the IDEA, 20 U.S.C. §1415(i)(3)(B).

6. The parties propose a new scheduling order on the Defendant's appeal as follows:

a) Sixty (60) days from entry of a new scheduling order for the Defendant to compile and file the administrative record under seal;

b) Thirty (30) days from the filing of the administrative record for the Defendant to file a motion for judgment on the record;

c) Thirty (30) days from the filing of the Defendant's motion for judgment on the record for the Plaintiff to file a response;

d) Fifteen (15) days from the filing of the Plaintiff's response for the Defendant to file a reply; and,

e) At the Court's convenience, oral argument on the Defendant's motion for judgment on the record.

7. The parties request that the Court order the administrative record be filed under seal, which it has the authority to do. *See Seidl v. Am. Century Companies, Inc.*, 799 F.3d 983, 994 (8th Cir. 2015).

8. The parties further propose a new scheduling order allow the prevailing party to move for attorneys' fees and costs within fourteen (14) days of the Court's disposition of the Defendant's appeal. *See* Local Rule 54.1(a).

9. No brief is required for this Motion pursuant to Local Rule 7.2(d)(1) because it concerns a scheduling order.

WHEREFORE, Plaintiff, N.W., as Parent and Next Friend of M.M., and Defendant, Vilonia School District, respectfully request that the Final Scheduling Order (Doc. No. 10) be rescinded; that a new scheduling order be entered consistent with the parties' proposal herein; and, that they be granted all other just and proper relief.

Respectfully submitted,

**CALDWELL LAW OFFICE**
14 Alban Lane
Little Rock, AR 72223
Tel.: (501) 414-0434
Email: tlcatty@gmail.com
Email: clay@specedattorney.com

By:       **Clay Fendley**
         Theresa L. Caldwell, Ark. Bar No. 91163
         Clay Fendley, Ark. Bar No. 92182

*Attorneys for Plaintiff*

-AND-

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By:       **Phillip M. Brick, Jr.**
         Jay Bequette, Ark. Bar No. 87012
         W. Cody Kees, Ark. Bar No. 2012118
         Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Defendant*