IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOE, N.W. as Parent**                                                      **PLAINTIFF**
**and Next Friend of M.M.;**

v.                        Case No. 4:23-cv-00696-LPR

**VILONIA SCHOOL DISTRICT,**                                    **DEFENDANT**

**AMENDED FINAL SCHEDULING ORDER**

1. The parties agree that this case should proceed according to the procedures outlined in 20 U.S.C. § 1415(i)(2)(C). No trial is needed. Instead, the parties should brief the case on the administrative record. The court will hear oral argument after the briefing is done.

2. The briefing schedule is this:

   - The parties must file, under seal, the stipulated administrative record[1] within sixty days of this order;

   - Defendant must move for judgment and file its brief within thirty calendar days after the stipulated record is filed;

   - Plaintiff must respond to the motion and file his or her responding brief within thirty calendar days after the Plaintiff's brief is filed;

   - Defendant may file a reply brief within fifteen calendar days after Plaintiff files his or her brief.

   - The Court will schedule oral argument for Monday, December 9, 2024 at 9:00 a.m.

3. The parties must also cite specific pages of the administrative record as they brief the facts and the law.

   IT IS SO ORDERED THIS 26th day of June, 2024.

                                                         AT THE DIRECTION OF THE COURT
                                                         TAMMY H. DOWNS, CLERK

                                                         By: <u>Heather Clark</u>
                                                               Courtroom Deputy to
                                                               Judge Lee P. Rudofsky

---

[1] The Court would appreciate the parties sending a paper courtesy copy of the record to chambers too.